# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **Birchfield**　　　　　　　CASE NO **09-49769**

FOR:　　✓ DEBTOR
　　　　✓ JOINT DEBTOR
　　　　___ CREDITOR
　　　　___ ATTORNEY ( Please include Bar ID Number _____ )
　　　　___ PLAINTIFF
　　　　___ DEFENDANT

**OLD ADDRESS:**

NAME: Charles Birchfield and Tabitha Birchfield

ADDRESS: 379 Tibbing Rd

Selah, WA 98942

PHONE: _____

EMAIL ADDRESS (attorney only): _____

FILED 2014 OCT 16 AM 8:11
M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY ___ DEP CLK

**NEW ADDRESS:**

NAME: Charles Birchfield and Tabitha Birchfield

ADDRESS: 1810 W. 24th Ave

Kennewick, WA 99336

PHONE: (253) 226-5641

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

X *Tabitha Birchfield*
X *[signature]*

Date 10/7/14

Received
BY MAIL
OCT 14 2014
David M. Howe
Chapter 13 Trustee

Rev. 6/28/2012
Change of Address

Case 09-49769-BDL　　Doc 49　　Filed 10/16/14　　Ent. 10/16/14 10:04:47　　Pg. 1 of 1